IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALEXIS BELL,<br><br>Plaintiff,<br><br>v.<br><br>CRB ARCHITECTS-ENGINEERS, P.C.,<br><br>Defendant. | Case No.:  4:22-cv-00065 -HEA |

### MUTUAL STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Alexis Bell and Defendant CRB Architects-Engineers, P.C., and, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, herein stipulate that this matter and all claims asserted are dismissed with prejudice, with each party to bear her/its own respective attorneys' fees and Court costs.

Respectfully submitted,                                      Respectfully submitted,

*/s/ Matthew J. Ghio (by consent)*                    */s/ Charles E. Reis, IV*
Matthew J. Ghio, Bar #44799MO                  Charles E. Reis, IV, #32535MO
GHIO LAW FIRM, LLC                                  LITTLER MENDELSON, P.C.
3115 S. Grand Blvd, Suite 100 St.                 600 Washington Avenue, Suite 900
Louis, MO 63118                                            St. Louis, MO 63101
Telephone: 314.707-5853                             Telephone: 314.659.2000
Facsimile: 314.732-1404                                Facsimile: 314.667.3715
matt@ghioemploymentlaw.com                 creis@littler.com

*Attorneys for Plaintiff*                                    *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 16th day of February, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system to be served by operation of the Court's electronic filing system upon the following:

Matthew J. Ghio, Bar #44799MO
GHIO LAW FIRM, LLC
3115 S. Grand Blvd, Suite 100
St. Louis, MO 63118
Telephone: 314.707-5853
Facsimile: 314.732-1404
matt@ghioemploymentlaw.com

                                                   */s/ Charles E. Reis, IV*

4882-4394-9066.2 / 085760-1006